```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**WILLIAM JAMES WALKER, JR.**       :       CIVIL ACTION
                                    :
    **v.**                             :
                                    :
**CITY OF PHILADELPHIA, ET AL.**    :       NO. 09-2071

## O R D E R

AND NOW, this      day of September, 2009, IT IS ORDERED that:

1. Leave to proceed <u>in forma pauperis</u> is GRANTED pursuant to 28 U.S.C. § 1915(b);

2. The complaint is DISMISSED as legally frivolous, pursuant to 28 U.S.C. § 1915(e)(2), without prejudice to plaintiff's right to renew this case if and when his state court conviction or sentence is legally invalidated; and

3. The Clerk of Court shall mark this case CLOSED statistically.

                                          **BY THE COURT:**


                                          /S/ Mary A. McLaughlin
                                          **MARY A. MCLAUGHLIN, J.**